**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00370-BNB

ALEXISIUS JONES,

    Plaintiff,

v.

PAULA FRANTZ, Chief Medical Doctor of DCOC,
TOM CLEMENTS, Executive Director of CDOC,
JANICE EADS, Medical at El Paso CJC,
DR. AL-ABDULJALIL, Medical at El Paso CJC,
MRS. JOANN STOCK,
JOSEPH G. FORTUNATO,
DR. LINDSEY E. FISHDEPENA,
MELISSA FILES,
SUSAN TIONA,
DEBORAH SHOCK, and
NURSE WALKER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On March 29, 2013, Plaintiff filed a Motion with the Court in which he requests that the Court amend the February 25, 2013 Order granting leave to proceed pursuant to 28 U.S.C. § 1915. Plaintiff seeks to have his wife pay $50.00 each month rather than have the money withdrawn from his account. The Motion, ECF No. 9, is denied. A prisoner's filing fee payment is made pursuant to 28 U.S.C. § 1915(b). If Plaintiff desires to have his wife supplement the monthly payment so $50.00 is paid each month he may do so. The Clerk of the Court's Financial Division will notify the prison when Plaintiff's filing fee is paid in full and no further payments are required.

    As for Plaintiff's Motion for Extension of Time to File Amended Complaint, ECF No. 8, the Court denies the Motion and Plaintiff's request for a forty-five day extension of time to file an Amended Complaint. The issues are not so complex that Plaintiff needs forty-five days to assert his claims. Also, access to a prison library is not necessary to comply with the Court's March 1, 2013 Order. The Court grants Plaintiff thirty days from the date of this Minute Order to file an Amended Complaint. No further extensions will be granted without just cause. If Plaintiff fails to comply with this Minute Order the action will be dismissed without further notice.

Dated: April 1, 2013