IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


Civil Action No. 13-cv-00370-BNB

ALEXISIUS JONES,

     Plaintiff,

v.

PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections,
TOM CLEMENTS, Executive Director of Colorado Department of Corrections,
JANICE EADS, N.P. at El Paso County Criminal Justice Center,
DR. AL-ABDULJAILIL, Doctor at El Paso County Criminal Justice Center,
MRS. JOANN STOCK, P.A. at CDOC Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Doctor at CDOC (SCF),
DR. LINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional
     Facility,
MELISSA FILES, Nurse III at CDOC CTCF,
SUSAN TIONA, Director at CDOC CTCF,
DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility,
WALKER, Nurse at CDOC Four Mile Correctional Facility,
TONY CUROICHI, Asst. Director of Colorado Department of Corrections,
BENDA BRISKO, Colorado Department of Corrections,
JULIE RUSSELL, AIC Headquarters of Colorado Department of Corrections,
MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial
     Correctional Facility,
JOYCE CROUNK, HSA, Coordinator at CDOC Colorado Territorial Correctional Facility,
NURSE MELODY SIMON, at CDOC Four Mile Correctional Facility, and
TERRY MAKETA, Sheriff of El Paso County, [1]

     Defendants.

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

     Plaintiff, Alexisius Jones, is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Four Mile Correctional Center at Cañon

City, Colorado.  Mr. Jones, acting *pro se*, initiated this action by filing a Prisoner

---

     [1]  Named defendants are listed as provided by Plaintiff in ECF No. 13 at 2-6.

Complaint pursuant to 28 U.S.C. § 1343 and 42 U.S.C. § 1983.  On March 22, 2011,

Magistrate Judge Boland entered an order and instructed Mr. Jones to file an Amended

Complaint and assert personal participation by all named defendants.  Mr. Jones filed

an Amended Complaint on April 15, 2013.

Mr. Jones also filed a Response to the March 2, 2013 Order.  In the Response,

Mr. Jones asked that Defendant Tom Clements be dismissed from the action, but that

the "executive director position" remain as a named defendant in an official capacity.

Nothing Mr. Jones asserts merits keeping the "executive director position" as a named

defendant in the action.  Other than to list Tom Clements, Executive Director of

Colorado Department of Corrections, as a defendant, Mr. Jones does not state how Mr.

Clements or his successor is responsible for the violation of Mr. Jones' constitutional

rights, either personally or as a promulgator or enforcer of prison policies.  *See Brown*

*v. Montoya*, 662 F.3d 1152, 1164 (10th Cir. 2011) (in order to hold a supervisor liable

under § 1983 must show promulgated, created, or implemented a policy that caused the

complained of constitutional harm and acted with the state of mind required to

established alleged constitutional deprivation); *see also Butler v. City of Norman*, 992

F.2d 1053, 1055 (10th Cir. 1993) (must be an affirmative link between the alleged

constitutional violation and each defendant's participation, control or direction, or failure

to supervise).  Accordingly, it is

ORDERED that the Complaint and action, as asserted against Defendants Paula

Frantz, Janice Eads, AL-Abduljailil, JoAnn Stock, Joseph G. Fortunato, Lindsey E. Fish

dePena, Melissa Files, Susan Tiona, Deborah Shock, Nurse Walker, Tony Curoichi,

Benda Brisko, Julie Russell, Mary Ann Aldrich, Joyce Crounk, Melody Simon, and Terry

Maketa shall be drawn to a district judge and to a magistrate judge.  It is

FURTHER ORDERED that Defendant Tom Clements is dismissed from the

action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

DATED at Denver, Colorado, this _25th_ day of ____April_____, 2013.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Judge
United States District Court