# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   13-cv-00370-MSK-MJW          FTR - Courtroom A-502

**Date:**   July 11, 2013                          Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| ALEXISIUS JONES, #131626 | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections, | Daniel L. Mauk |
| JANICE EADS, N.P. at El Paso County Criminal Justice Center, | C. Gregory Tiemeier |
| | Lisa Amatangel |
| | Charles C. Greenlee |
| DR. AL-ABDULJAILIL, Doctor at El Paso County Criminal Justice Center, | |
| MRS. JOANN STOCK, P.A. at CDOC Sterling Correctional Facility, | |
| JOSEPH G. FORTUNATO, Doctor at CDOC (SCF), | |
| DR. LINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional Facility, | |
| MELISSA FILES, Nurse III at CDOC CTCF, | |
| SUSAN TIONA, Director at CDOC CTCF, | |
| DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility, | |
| WALKER, Nurse at CDOC Four Mile Correctional Facility, | |
| TONY CUROICHI, Asst. Director of Colorado Department of Corrections, | |
| BENDA BRISKO, Colorado Department of Corrections, | |
| JULIE RUSSELL, AIC Headquarters of Colorado Department of Corrections, | |
| MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial Correctional Facility, | |
| JOYCE CROUNK, HSA, Coordinator at CDOC Colorado Territorial Correctional Facility, | |

NURSE MELODY SIMON, at CDOC Four Mile
Correctional Facility, and
TERRY MAKETA, Sheriff of El Paso County,

      Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:**    **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**  10:35 a.m.
Court calls case. Appearances of *Pro Se* plaintiff and defense counsel.

Discussion is held regarding defendants that have not yet been served. Plaintiff shall file with the court information as to where the unserved defendants may be located so the U. S. Marshal Service may attempt service.

**It is ORDERED:**    A **SHOW CAUSE HEARING** is set **AUGUST 23, 2013 at 9:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. A written Order to Show Cause shall issue.

It is noted the Proposed Scheduling Order was filed by Defendants Sheriff Terry Maketa, Janice Eades, N. P., and Diane Al-AbdulJalil, M. D. [Docket No. **43**], without input from all defendants and/or plaintiff. This Proposed Scheduling Order will not be considered by the Court.

**It is ORDERED:**    A RULE 16(b) SCHEDULING CONFERENCE is set **AUGUST 23, 2013 at 9:30 a.m.** in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

    Parties shall file one, joint PROPOSED SCHEDULING ORDER **on or before AUGUST 16, 2013**, which contains input from all parties.

Mr. Mauk notes the need to have Plaintiff sign Medical Releases. As soon as Plaintiff receives the Medical Releases he is to forthwith review and sign them and return them to the requesting attorney unless Plaintiff has an objection.

Plaintiff filed an Amended Complaint April 15, 2013, Docket No. 13.
It is noted Plaintiff filed a Motion to File Amended Complaint [Docket No. 29, filed May 23, 2013]. In the motion, he states "All suggested parties are detailed with the explaination [sic] that this court has directed plaintiff to do in the attached Amended Complaint." However, no Amended Complaint was attached. Therefore,

**It is ORDERED:**    Plaintiff's MOTION TO AMEND COMPLAINT [Docket No. **29**, filed April 15, 2013] is **GRANTED to the extent** that Plaintiff shall file his SECOND AMENDED COMPLAINT which he failed to attach to his motion. Plaintiff shall file his SECOND AMENDED COMPLAINT, as referenced in his motion, **on or before JULY 29, 2013.**

Upon filing of the SECOND AMENDED COMPLAINT, it will become the operative pleading. The Defendants shall Answer or otherwise respond to the Second Amended Complaint consistent with the Federal Rules of Civil Procedure.

Defendant Terry Maketa, Sheriff of El Paso County, has filed a Motion to Dismiss. As this was based on the Plaintiff's Amended Complaint [Docket No. 13, filed April 15, 2013],

**It is ORDERED:** Defendant Terry Maketa's MOTION TO DISMISS, Fed. R. Civ. P. 12(b)(1), 12(b)(6) [Docket No. **34**, filed May 28, 2013] is **WITHDRAWN WITHOUT PREJUDICE**. Defendant Maketa may file a motion to dismiss as to the Second Amended Complaint.

Hearing concluded.

**Court in recess:** 10:58 a.m.
Total in-court time: 00:23

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.