IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00370-MSK-MJW

ALEXISIUS JONES,

Plaintiff,


v.

PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections,
JANICE EADS, N.P. at El Paso County Criminal Justice Center,
DR. AL-ABDULJAILIL, Doctor at El Paso County Criminal Justice Center,
MRS. JOANN STOCK, P.A. at CDOC Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Doctor at CDOC (SCF),
DR. LINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional
Facility,
MELISSA FILES, Nurse III at CDOC CTCF,
SUSAN TIONA, Director at CDOC CTCF,
DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility,
WALKER, Nurse at CDOC Four Mile Correctional Facility,
TONY CUROICHI, Asst. Director of Colorado Department of Corrections,
BENDA BRISKO, Colorado Department of Corrections,
JULIE RUSSELL, AIC Headquarters of Colorado Department of Corrections,
MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial
Correctional Facility,
JOYCE CROUNK, HSA, Coordinator at CDOC Colorado Territorial Correctional Facility,
NURSE MELODY SIMON, at CDOC Four Mile Correctional Facility, and
TERRY MAKETA, Sheriff of El Paso County,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe


        It is hereby ORDERED that the Motion by Plaintiff to Set Date for Interrogatories
Submission (Docket No. 66) is denied as moot based upon the deadlines set during a
Scheduling Conference held on August 23, 2013.  (See Docket No. 64 - Courtroom
Minutes/Minute Order).

Date: August 27, 2013