IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00370-MSK-MJW

ALEXISIUS JONES,

Plaintiff,

v.

PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections,
RICK RAEMISCH, Acting Excecutive Director, Colorado Department of Corrections,
JANICE EADS, N.P. at El Paso County Criminal Justice Center,
DR. AL-ABDULJAILIL, Doctor at El Paso County Criminal Justice Center,
JOANN STOCK, P.A. at CDOC Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Doctor at CDOC (SCF),
DR. LINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional Facility,
MELISSA FILES, Nurse III at CDOC CTCF,
SUSAN TIONA, Director at CDOC CTCF,
DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility,
NASALLY WORKMAN, Nurse at CDOC Four Mile Correctional Facility,
TONY CUROICHI, Asst. Director of Colorado Department of Corrections,
BRENDA BRIESTER, Colorado Department of Corrections,
JULIE RUSSELL, AIC Headquarters of Colorado Department of Corrections,
MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial Correctional Facility,
JOYCE CROUNK, HSA-CTCF, Coordinator at CDOC Colorado Territorial Correctional Facility,
NURSE MELADEE SIMON, at CDOC Four Mile Correctional Facility,
TERRY MAKETA, Sheriff of El Paso County, and
PAMELA PLOUGHE, Warden of Canon Minimum Center,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Plaintiff's Application for Fault Due to Defendants [sic] Failure to Respond to Interrogatories (Docket No. 102) is denied. As correctly noted by the defendants in their Response (Docket No. 104), during a hearing on October 23, 2013, this court issued an Order staying all discovery in this case until further Order of the court. (See Docket No. 99). At the time that Order was issued, defendants' responses to plaintiff's interrogatories were not yet due. Therefore, it was

2

not improper for defendants not to send their interrogatory responses to the plaintiff following the issuance of the court's Order.

Date: November 21, 2013