IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00370-MSK-MJW

ALEXISIUS JONES,

Plaintiff,

v.

PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections,
RICK RAEMISCH, Acting Excecutive Director, Colorado Department of Corrections,
JANICE EADS, N.P. at El Paso County Criminal Justice Center,
DR. AL-ABDULJAILIL, Doctor at El Paso County Criminal Justice Center,
JOANN STOCK, P.A. at CDOC Sterling Correctional Facility,
JOSEPH G. FORTUNATO, Doctor at CDOC (SCF),
DR. LINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional Facility,
MELISSA FILES, Nurse III at CDOC CTCF,
SUSAN TIONA, Director at CDOC CTCF,
DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility,
NASALLY WORKMAN, Nurse at CDOC Four Mile Correctional Facility,
TONY CUROICHI, Asst. Director of Colorado Department of Corrections,
BRENDA BRIESTER, Colorado Department of Corrections,
JULIE RUSSELL, AIC Headquarters of Colorado Department of Corrections,
MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial Correctional Facility,
JOYCE CROUNK, HSA-CTCF, Coordinator at CDOC Colorado Territorial Correctional Facility,
NURSE MELADEE SIMON, at CDOC Four Mile Correctional Facility,
TERRY MAKETA, Sheriff of El Paso County, and
PAMELA PLOUGHE, Warden of Canon Minimum Center,

Defendants.

―――――――――――――――――――――――――――――――――――――――――――――――――――――
MINUTE ORDER
―――――――――――――――――――――――――――――――――――――――――――――――――――――

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Reset the December 10, 2013 Show Cause Hearing/Status Conference (Docket No. 118) is granted. The Show Cause Hearing and Status Conference set for tomorrow, December 10, 2013, at 9:30 a.m. are VACATED and RESET on January 22, 2014, at 10:00 a.m. It is further

ORDERED that the Unopposed Motion for Leave to File Fourth Amended

2

Complaint by January 14, 2014 (Docket No. 121) is DENIED. There currently is no deadline for amendment of pleadings. (See Docket No. 99 - vacating all deadlines set forth in the Scheduling Order). Therefore, an extension of time is not necessary. Furthermore, any motion to amend a pleading must comply with D.C.COLO.LCivR 15.1, as amended December 1, 2013, and the subject motion (Docket No. 121) does not comply with the Local Rule as recently amended.

Date: December 9, 2013