IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00370-MSK-MJW

ALEXISIUS JONES,

     Plaintiff,

v.

PAULA FRANTZ, Chief Medical Doctor of Colorado Department of Corrections;
MRS. JOANN STOCK, P.A. at CDOC Sterling Correctional Facility;
JOSEPH G. FORTUNATO, Doctor at CDOC (SCF);
DR. LOINDSEY E. FISH dePENA, Doctor at CDOC Colorado Territorial Correctional Facility;
MELISSA FILES, Nurse III at CDOC CTCF;
SUSAN TIONA, Director at CDOC CTCF;
DEBORAH SHOCK, P.A. at CDOC Four Mile Correctional Facility;
WALKER, Nurse at CDOC Four Mile Correctional Facility;
TONY CUROICHI, Asst. Director of Colorado Department of Corrections;
BENDA BRISKO, Colorado Department of Corrections;
JULIE RUSSEL, AIC Headquarters of Colorado Department of Corrections;
MARY ANN ALDRICH, CTCF-Legal Coordinator at CDOC Colorado Territorial Correctional Facility;
JOYCE CROUNK, HAS, Coordinator at CDOC Colorado Territorial Correctional Facility;
NURSE MELODY SIMON, at CDOC Four Mile Correctional Facility; and
TERRY MAKETA, Sheriff of El Paso County,

     Defendants.

---

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice

of Defendants Eades and Al-Abduljalil **(#136)** filed February 19, 2014.  Although not titled as a

motion, the filing party selected a motion event in CM/ECF[1].  Treating the stipulation as a

motion, the Court GRANTS the motion and dismisses Plaintiff's claims against Defendants

---

[1] Future filings shall comply with Rule 41 of the Federal Rules of Civil Procedure.

Janice Eades, N.P. and Diane Al Abduljalil, M.D., with prejudice, each party to pay his, her or its own attorneys' fees and costs.  All future captions shall omit these Defendants.

DATED this 20th day of February, 2014.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Court