IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00370-MSK-MJW

ALEXISIUS JONES,

Plaintiff,

v.

RICK RAEMISCH, Executive Director CDOC, in his official capacity for prospective injunctive relief,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Unopposed Motion to Vacate the October 24, 2014 Scheduling Conference Due to Pending Mootness of this Case (docket no. 158) is GRANTED finding good cause shown, noting that Plaintiff was granted parole and is schedule to be paroled on December 15, 2014.  The Rule 16 Scheduling Conference set for October 24, 2014, at 9:30 a.m. is VACATED.  Plaintiff shall either file his Motion to Dismiss or file a status report on or before December 19, 2014.

Date: October 23, 2014